E-FILED
Thursday, 05 November, 2026 02:54:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

MICHAEL S.,

*Plaintiff*,

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant.*

Case No. 1:26-cv-01168-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the matter for further proceedings to an ALJ who will give Plaintiff an opportunity for a hearing and further evaluate the opinion evidence in accordance with the regulations.

*So ordered.*

Entered this 5th day of November 2026.

s/Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge